UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MENESES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASTE MANAGEMENT COLLECTION AND RECYCLING, INC., a California Corporation, RICK WITHAM, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV-10-1245AHM (DTBx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE A. HOWARD MATZ<br><br>**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

Pursuant to the parties Stipulation it is hereby ordered that this action is dismissed with prejudice, and each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Date: July 26, 2011

By:_____
　　　JUDGE A. HOWARD MATZ

**JS-6**